UNITED STATES DISTRICT COURT
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 1030(a)(5)(A) |
| v. | |
| JOHN KELSEY GAMMELL, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Intentional Damage to a Protected Computer)

From on or about July 30, 2015 through in or about September 2016, in the State and District of Minnesota and elsewhere, the defendant,

**JOHN KELSEY GAMMELL,**

did knowingly cause and aid and abet the transmission of a program, information, code, and command, and as a result of such conduct, intentionally caused damage, without authorization, to a protected computer, and the offense caused loss to one or more persons of at least $5,000 in aggregated value during one year, in violation of Title 18, United States Code, Section 1030(a)(5)(A).

A TRUE BILL

_____       _____
ACTING UNITED STATES ATTORNEY      FOREPERSON

SCANNED
JUN 0 5 2017
U.S. DISTRICT COURT ST. PAUL