**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: Hildy Bowbeer |
| | U.S. Magistrate Judge |
| v. | Case No: 17-cr-134 WMW/DTS |
| | Date: June 21, 2017 |
| John Kelsey Gammell, | Courthouse: St. Paul |
| | Courtroom: 3C |
| Defendant. | Time Commenced: 2:29 p.m. |
| | Time Concluded: 2:33 p.m. |
| | Time in Court: 4 minutes |

APPEARANCES:

Plaintiff: Julie Allyn, Assistant U.S. Attorney
Defendant: James Becker, Assistant Federal Public Defender
　　　　✖ FPD　　　✖ To be appointed

Date Charges Filed: 6/5/2017　　　Offense: intentional damage to a protected computer

✖ Advised of Rights

on　　✖ Indictment

✖ Detained, detention hearing held in the District of Colorado.

Additional Information:

　　　　　　　　　　　　　　　　　　　　　　　　s/Janet Midtbo
　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy