UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-134 (WMW/DTS)

United States of America,

Plaintiff,

v.

**ORDER FOR APPOINTMENT
OF COUNSEL**

John Kelsey Gammell,

Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Rachel Paulose, Attorney ID 0280902, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated:  June 30, 2017

s/Franklin L. Noel
Honorable Franklin L. Noel
United States Magistrate Judge