# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  17-cr-00134 (WMW-DTS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER TO CONTINUE MOTION** |
| | ) | **FILING DATE AND MOTION** |
| John Kelsey Gammell, | ) | **HEARING** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the Defendant's motion to continue the motion filing date and motion hearing, and for good cause shown, such motion is granted.  The motion filing deadline currently scheduled for July 19, 2017 is hereby continued for 30 days. The motion hearing date shall be set soon thereafter.

This order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).  The Court specifically makes the finding that such continuance best serves the ends of justice and that such ends outweigh the interests of the public and the defendants in a speedy trial. The Court further finds that defense counsel is justified in needing the additional time to make an adequate factual inquiry for purposes of preparing for the pretrial motions hearing under 18 U.S.C. § 3161(h)(7)(B)(iv).  Having made these findings, the Court excludes from speedy trial considerations the time granted for the continuance in this proceeding.

Dated: _____    _____

The Honorable David T. Schultz
United States Magistrate Judge