UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-00134 (WMW-DTS) |
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| John Kelsey Gammell, | |
| Defendant. | |

PLEASE TAKE NOTICE that the Defendant, by and through his attorney, hereby respectfully move the Court to continue trial based on excludable time and to enter finding under 18 U.S.C. § 3161(h)(7)(A) that the ends of justice outweigh the best interests of the Defendant and the public in a speedy trial within the statutory period that would otherwise be required under 18 U.S.C. § 3161, and in support thereof respectfully represents that a signed Statement of Facts will be filed separate from this motion.

The government does not object to this motion.

For the above reasons, the Defendant is requesting that the presently set motion filing date be continued for 30 days and that the Court also grant a 30 day continuance of the trial date.

Dated: July 14, 2017        By   s/Rachel K. Paulose
                                 Rachel K. Paulose
                                 DLA Piper LLP (US)
                                 Attorney ID No. 0280902
                                 80 South Eighth Street, Suite 2800
                                 Minneapolis, Minnesota  55402-2013
                                 Telephone:  612.524.3008
                                 Facsimile:   612.524.3001
                                 rachel.paulose@dlapiper.com

                                 ATTORNEY FOR DEFENDANT