UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-00134 (WMW-DTS) |
| Plaintiff, | **DEFENDANT'S NOTICE OF COMPLIANCE WITH D. MINN. LR 12.1(b)** |
| v. | |
| John Kelsey Gammell, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 12(b) and D. Minn. LR 12.1(b), the undersigned counsel for Defendant John Kelsey Gammell and Deputy Criminal Chief and Assistant U.S. Attorney Timothy C. Rank, participated in a conference call on August 17, 2017. The purpose of the call was to attempt in good faith to clarify and narrow the issues in dispute.

Dated: August 18, 2017       By   s/Rachel K. Paulose
                                  Rachel K. Paulose
                                  DLA Piper LLP (US)
                                  Attorney ID No. 0280902
                                  80 South Eighth Street, Suite 2800
                                  Minneapolis, Minnesota  55402-2013
                                  Telephone:   612.524.3008
                                  Facsimile:    612.524.3001
                                  rachel.paulose@dlapiper.com

                                  ATTORNEY FOR DEFENDANT

145000992.1