UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>John Kelsey Gammell,<br><br>       Defendant. | Case No. 17-cr-00134 (WMW-DTS)<br><br>**DEFENDANT'S MOTION FOR EARLY DISCLOSURE OF JENCKS MATERIAL** |

Pursuant to Fed. R. Crim. P. 12, the Defendant John Kelsey Gammell moves for an order directing the government to submit Jencks Act materials to Mr. Gammell at least two weeks prior to the commencement of the trial, and in support thereof represents and alleges as follows:

1. Although a literal reading of the Jencks Act would not require release of the pertinent materials until the testimony of any particular government witness is complete, the Act does not forbid its early disclosure.

2. Mr. Gammell requests that prior to cross examination of any such witness, a recess be required to allow defense counsel to review said materials.

3. Mr. Gammell requests that witness lists be disclosed at least two weeks before trial.

4. Unless this motion is granted, there will be delays in the trial.

5. Congress enacted the Jencks Act in 1959. Its effect has been modified by the enactment of Rule 102 and Rule 403 of the Federal Rules of Evidence as well as the enactment of the Speedy Trial Act, 18 U.S.C. § 3161, *et. seq*.

6. This Court has the authority to order early disclosure of the Jencks Act materials in further the interest of prompt disposition of the business of the Court.

Mr. Gammell respectfully requests that the Court order the government to submit Jencks Act materials to the defendant at least two weeks prior to the testimony of each government witness.

| | |
|---|---|
| Dated:  August 18, 2017 | By  s/Rachel K. Paulose |
| | Rachel K. Paulose |
| | DLA Piper LLP (US) |
| | Attorney ID No. 0280902 |
| | 80 South Eighth Street, Suite 2800 |
| | Minneapolis, Minnesota  55402-2013 |
| | Telephone:   612.524.3008 |
| | Facsimile:    612.524.3001 |
| | rachel.paulose@dlapiper.com |
| | |
| | ATTORNEY FOR DEFENDANT |

145113167.1