UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-00134 (WMW-DTS) |
| Plaintiff, | **DEFENDANT'S MOTION FOR GOVERNMENT AGENTS TO RETAIN ROUGH NOTES** |
| v. | |
| John Kelsey Gammell, | |
| Defendant. | |

The Defendant, John Kelsey Gammell, pursuant to 18 U.S.C. § 3500 and *Brady v. Maryland*, 375 U.S. 83 (1963), moves the Court for an order requiring any law enforcement agent, including any confidential reliable informants, to retain and preserve all rough notes taken as a part of their investigation, whether or not the contents of such rough notes are incorporated in official records, on the following grounds:

1. Rough notes are considered statements within the meaning of 18 U.S.C. § 3500(e)(1). *See United States v. Gaston*, 608 F. 2d 607 (5th Cir. 1979).

2. Destruction of rough notes by law enforcement officials usurps the judicial function of determining what evidence must be produced. *United States v. Harris*, 543 F.2d 1247 (9th Cir. 1976).

3. The rough notes may contain facts favorable to the defense. The motion is based on the Indictment, and upon all the records and proceedings herein, any testimony as may be presented at the motion hearing, and any briefing that the court may require.

Dated:  August 18, 2017  By   s/Rachel K. Paulose
                                                      Rachel K. Paulose
                                                      DLA Piper LLP (US)
                                                      Attorney ID No. 0280902
                                                      80 South Eighth Street, Suite 2800
                                                      Minneapolis, Minnesota  55402-2013
                                                      Telephone:   612.524.3008
                                                      Facsimile:   612.524.3001
                                                      rachel.paulose@dlapiper.com

                                                      ATTORNEY FOR DEFENDANT