UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-00134 (WMW-DTS) |
| Plaintiff, | **DEFENDANT'S MOTION TO SUPPRESS SEIZED EVIDENCE** |
| v. | |
| John Kelsey Gammell, | |
| Defendant. | |

Pursuant to the Fourth Amendment to the United States Constitution and Fed. R. Crim. P. 12, Defendant John Kelsey Gammell hereby moves the Court, to suppress any physical evidence flowing from the improperly obtained vDOS database as well as evidence seized from the improper search and seizure of evidence taken from Mr. Gammell's vehicle.

In further support of this motion, Mr. Gammell has submitted a memorandum of law.

Dated: August 18, 2017     By   s/Rachel K. Paulose
                                Rachel K. Paulose
                                DLA Piper LLP (US)
                                Attorney ID No. 0280902
                                80 South Eighth Street, Suite 2800
                                Minneapolis, Minnesota  55402-2013
                                Telephone:  612.524.3008
                                Facsimile:   612.524.3001
                                rachel.paulose@dlapiper.com

                                ATTORNEY FOR DEFENDANT

144952161.1