# EXHIBIT B

00001477

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

FD-886 (Rev. 4-13-15)

Page 1 of 1

**Date:** 5-31-2017   **Case ID:** 288A-MP-6766321

**Location:** WHITE 2003 BUICK CENTURY NEW MEXICO LICENSE PLATE NYY 328

**Preparer/Assistants:** SA SCHANS

**Personnel (full names and initials):** SCOTT SCHANS, CHAD ALVARADO, MARK JONES, JEFFREY HOLMES, HEATHER MUSSON

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 1 | GARMIN GPS | | Glove Box | HOLMES, JEFF / SCHANS, SCOTT | PAPER | |

FD-597 (Rev. 4-13-2015)                                          Page 1 of 1

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 288A-MP-6766321

On (date) 5/31/2017

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) John Gammell
(Street Address) 10300 I-70 Frontage Rd. South,
(City) Wheatridge, CO
White 2003 Buick Century New Mexico License Plate NYP-328

Description of Item(s):

1) Garmin GPS

Received By: (Signature)
Printed Name/Title:

Received From: (Signature)
Printed Name/Title:

00001478