UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | Case No.  17-cr-00134-(WMW-DTS) |
| Plaintiff, | ) ) ) | **MOTION TO DISMISS INDICTMENT BASED UPON AN** |
| v. | ) ) | **UNCONSTITUTIONAL STATUTE** |
| John Kelsey Gammell, | ) ) | |
| Defendant. | ) ) ) | |

Pursuant to the Fifth and Fourteenth Amendments to the United States Constitution and Fed. R. Crim. P. 12**,** Defendant John Kelsey Gammell moves to dismiss the indictment based upon an unconstitutional statute.  Mr. Gammell contends that the statute he was charged under exceeds Congress's Commerce Clause authority as applied to him and is impermissibly vague in violation of his rights under the Fifth and Fourteenth Amendments to the United States Constitution.

In further support of this motion, Mr. Gammell has submitted a memorandum of law.

Dated:  August 18, 2017             By   s/Rachel K. Paulose
                                         Rachel K. Paulose
                                         DLA Piper LLP (US)
                                         Attorney ID No. 0280902
                                         80 South Eighth Street, Suite 2800
                                         Minneapolis, Minnesota  55402-2013
                                         Telephone:   612.524.3008
                                         Facsimile:    612.524.3001
                                         rachel.paulose@dlapiper.com

                                         ATTORNEY FOR DEFENDANT

144942542.1