# EXHIBIT C



877-687-9030

CLICK HERE TO GET A QUOTE

HOME   SERVICES   PRODUCTS   ABOUT US   CONTACT US   ALL MFGS   MFGS

Q Part Number



Inside the Repair Department

# There Is A Reason Over 1.23 Million Pieces of Point-Of-Sale Equipment Were Provided or Repaired By Washburn.


3com


EPSON

### Are You Looking For Different Places To Fix POS Equipment?
### One Place Can Fix Them All.

From 1989 to today, the products have changed but our focus is still the same. Many companies repair and sell point-of-sale equipment. Some of them are very large and repair all types of computer equipment, including point-of-sale equipment. Others focus on the products of a particular manufacturer, including doing warranty work for those manufacturers. We chose to focus on the point-of-sale equipment from many manufacturers.

We repair equipment for our customers and the equipment for other repair center customers. This gives us a distinct advantage in understanding what goes on in the point-of-sale environment and how all of the equipment works together. In addition, we repair all sorts of computer equipment but we put our energy into understanding point-of-sale equipment.



PosiFlex KS 6215


Wasp
BARCODE TECHNOLOGIES


DATALOGIC

CHERRY

Sun
microsystems

Intermec

Honeywell

LEXMARK

TELX|||N

VeriFone.

### Don't Replace or Discard Older POS Equipment
### When It Is Important To Maximize Your POS Dollar.

There are specific reasons to upgrade or change out all of your point-of-sale equipment but getting a little old is not one of them. With new technology being introduced almost monthly, it is easy to get the feeling you are way behind. We believe that once you spend the time and money to implement a point-of-sale system there is no reason to make a major change until that system can no longer perform the functions necessary to operate the business. A full understanding of the applications software, the operating system, the drivers, the hardware versions down to the chips on the board can keep a point-of-sale system functional for years. Many times even the latest peripherals can be added once the interface is understood.



Dell C295H Motherboard

### Stop Swapping Parts Until You Find One That Works.
### You Can Just Fix The Equipment That Breaks?

If you have some idea of what goes on underneath the covers of a piece of electronic equipment, you know that it only takes one of many little things to stop the whole system. The problem is usually not fixing that one little thing, *finding* it is the real problem. It takes technical experience and special equipment to find those little problems. Without that experience and equipment, it is usually easier to change out major pieces until the system starts working again. That is an ineffective way to get the equipment up and running again. You may fix the problem you are working on but you may have introduced another problem you were testing for. Washburn has the people, processes and technologies to find and fix those little problems so the equipment can continue to be used.



NCR RealPOS 6954


ASUS


APC
Legendary Reliability


QSR

### Why Even Wait Until Equipment Breaks,
### When You Can Prevent The Down Time By Preventing The Equipment From Breaking.

It would be nice if the equipment could tell us when it was going to break. There are ways to avoid problems by understanding the failure statistics of the equipment and changing it out before it fails. Programs can be custom designed to change out one location at a time to **reduce untimely annoying failures.** Even more importantly reduce shipping costs. Typically, all of the equipment can be refurbished and put back into service. Single failures of critical equipment can be handled by having replacement equipment on-site that can be changed out as needed.

Inspecting Visually


MAGELLAN

datamax-oneil


preh


Metrologic

## We Repair, Sell, Exchange and Buy



**☎ 877-687-9030**

CLICK HERE TO GET A QUOTE

HOME  SERVICES  PRODUCTS  ABOUT US  CONTACT US  ALL MFGS  MFGS ▾

🔍 Part Number


Cleaning Before Repair


More Cleaning


Inside the Repair Department


Testing Before Repair


Inspecting Visually

# Better Than Your Old POS System! Wait a Minute ... It _Is_ Your Old POS System!!!

## 6 Tips To Get More Life Out Of Your POS Equipment Before You Get Rid Of It.

At times it seems that it would be easier to just replace all the old equipment with new equipment and then forget about it. It would reduce all of those annoying service tickets. And if something did break let the manufacturer take care of it. But there is an added expense to all of that new equipment even if some of it is covered by discounts or deferred payment plans.

All new equipment comes at the expense of changing the organization. However, with a little planning that expense can be put off for a few years.

## Don't Repair It If You Can Replace It For Less..

Once you put a process in place to repair your equipment you can usually get it to run pretty smoothly. But as equipment gets a little older, a step in the process needs to check if it would be better to replace rather than repair a specific piece of equipment.

<u>The market for older equipment is continually changing as other retailers are upgrading their equipment.</u> Sometimes a large quantity of equipment you may be using gets dumped on the market and suppresses the prices. When the prices are low it may be better to replace your broken equipment with good used equipment saving the cost of repair.

The downside of watching the marketplace and making the repair or replace decision takes time and resources. Someone has to be familiar with the marketplace and authorized to make the decisions when the price is better. It may be hard to justify someone watching the marketplace for all the different types of equipment when there are only a few failures. If you don't have the resources it may be more cost effective to have the equipment repaired.

An alternative is to partner with someone that is in the business of keeping track of the availability of different types of POS equipment. Being current on prices and availability allows them to provide the best alternative at any given time. Washburn sales staff spends all day buying and selling equipment. They know what it takes to repair a piece of equipment and if a better alternative would be to replace it. They can be your eyes and ears in the market.

## Don't Hoard More Equipment Than You Can Afford.

As equipment gets older and you have been using it for a while there is a tendency to keep more of it around as spares or just in case. Most of the time it is **not a financial decision that is based on** the likelihood of failure and the cost of storage. The likelihood of failure is determined by actual failure rates which is hard to calculate without detailed records.

The **cost of storage** has many factors. In addition to the actual space required to store the equipment, there are costs associated with keeping track of the equipment, its status, specific location and maybe even taxes. When it is needed someone has to find it and if it is not organized it usually takes some time to find the specific piece needed.

If the equipment is stored in a retail location, it is probably the wrong retail location when needed. If it is stored in a central location, someone has to find it, pack it and ship it.

<u>In order to effectively manage spare equipment an inventory tracking system is needed in addition to staff that can find, pack and ship equipment as needed.</u>

The storage of equipment requires some type of distribution strategy. Equipment can be stored in each location it is used in or it can be stored in a central location. In either case, it probably needs to be shipped to a location where it is needed.

A central location is better from a control point of view but not as good from a fast response point of view. As equipment is repaired, it can then be returned to either the central location or the retail locations. It takes time, money and good planning to maintain the **right amount of equipment in the right location** to support real-time operations.

Washburn can serve as a central location and they can calculate how much equipment to keep in each location. They have the warehouse space and shipping facilities to prepare products for shipment as the requests come in.

Customers can store their equipment at the repair center for quick delivery. As the broken equipment is returned and repaired, it can be put back in stock at the central location. If for some reason additional equipment is beyond the planned quantity, Washburn has additional inventory. They are in the business of managing point-of-sale equipment if you would rather **focus on keeping your retail business up and running.**





◎ DATALOGIC.


Spectra-Physics

datamax-o'neil

CISCO

VeriFone
ViewSonic
● Metrologic

AURES
preh

POSIFLEX

## Don't Let Broken Equipment Drive Your Schedule, Plan For Repairs.

All equipment breaks and as it gets a little older there is a better chance that it will need to be repaired. Broken equipment should not upset your schedule, it should be handled as part of your maintenance schedule. You need to know how often it will break and how long it will take to put back into service. Putting it back into service includes problem identification, packing, shipping, receiving, cleaning, testing, fixing, testing, packing and return shipping. All of the activities need to be planned and managed along with many other pieces of equipment that need to be repaired.

Several different strategies can be employed to keep point-of-sale equipment up and running, everything from internally fixing all equipment to outsourcing all of the repairs.

<u>Some companies are large enough to have their own repair centers with all of the resources necessary to make all repairs.</u>

Some companies rely on service companies to handle everything including the first phone call. Most companies are somewhere in between. They start with some level of problem determination and possibly some simple repairs. Then they work with one or more repair companies to repair their broken equipment. That puts them in the "repair process coordination position". They send a replacement piece of equipment, pack the broken one, ship it to the repair company, monitor its progress, receive the repaired item and hold it until needed again.

The biggest challenge is keeping track of the equipment as it moves through the repair process, starting from when it is removed from service until it is repaired and placed in a storage location waiting to be put back into service.

Washburn supports customers at all levels. They can:

- fix each piece of equipment as it arrives and return it when done.
- fix pallet loads of equipment as they arrive and return the whole pallet or individual pieces when done.
- act as a depot, holding the repaired inventory and dispatching it as needed to the correct location.
- develop kits to reduce emergency shipping by having the equipment most likely to fail available on-site or in a repair vehicle and then replenish the equipment on a non-emergency basis.

The whole purpose is to make the repair process has **transparent as possible to the end-user.** When something breaks the end-user either replaces the broken item and puts the broken item back in the box or requests a replacement item and when the good item arrives it replaces the bad item, which is put in the box for return.

Washburn can help to develop that equipment plan that determines the amount of spare equipment that needs to be in the depot as well as each location based on each type of equipment, its failure statistics, it's repair statistics, transportation times and its value.

The result is to **reduce the overall cost** of maintaining equipment.

## Streamline Your Equipment Repair Process By Reducing The Number Of Repair Vendors.

It may be necessary to use the equipment from multiple point-of-sale manufacturers to get the function you need to operate your business. However, it is not necessary to use multiple repair vendors because you own equipment from multiple manufacturers.

By reducing the number of repair vendors, you reduce the different lines of communication, which **reduces the coordination effort.** If you have multiple repair vendors you are the center of the communication hub and need to coordinate all of them and sort out finger pointing. When a user at one of your locations calls, you have to decide which repair vendor to call or where to send that particular piece of equipment.

Since you have one point-of-sale system with multiple products why not try to find a repair partner that can fix most, if not all of the different manufacturers' products. If you have a call center, when end-users call in you can troubleshoot the problem and then you have **only one place** to send products in for repair.

Since, **Washburn repairs all point-of-sale equipment,** there is only one place to call, one place to send equipment, one place to get status and one place to get product back from. In addition, equipment from multiple manufacturers can be consolidated into one shipment both to and from repair to reduce shipping costs.

**Washburn also serves as a depot repair center for all makes of point-of-sale equipment.** The repair process can be further streamlined by having special packaging designed for transporting products to reduce damage. One repair partner gets you **out of the repair business** so you can focus on all the other things that need to be done to keep the retail locations up and running.

## Don't Spend Time Looking For Your Equipment That Is Out For Repair.

The most important part of the repair process is the **status information** for each product and its location.

Some companies have their own information databases but a missing part is the status of the equipment as it's moving through the repair process. That's the **black hole of the repair process.** You put some broken products in and some time later, they come back out. It is hard to plan on equipment that is in the black hole.

One way is to call the vendor to check the status and then keep track of it in your own system. Another way is to have the vendor provide status on irregular basis.

The best way is to have your own **online window into the repair process** so you can check the status 24/7. That means you don't have to wait for operating hours to get the status, you can get the status when you're working, even if it is late at night or on the weekend.

**Washburn develops custom websites to meet the needs of its customers.** They can request RMA's as needed and track the status of their repair orders.

If Washburn is acting as a depot repair center they also provide information on what is repaired and available to ship. If there is not enough customer equipment, additional product can be shipped from Washburn's inventory. It takes **information to make decisions** and you don't want to spend valuable time looking for that information.


Inspecting Thermally


Inspecting With X-Ray


Precise Soldering


Repairing Surface Mount Components


Repairing BGA Components


Down on the Repair Floor


Destroying Sensitive Data




 ASUS
 hp
 APC
Legendary Reliability
 NCR
3M
micros
3COM
QSR
MMF POS
MAGELLAN
LEXMARK
ithaca
Intermec
NEC

datamax·o'neil
Honeywell
HHP

Gateway.
FUJITSU
EPSON
 EPIC
 par


## POS Services Available


Testing After Repair

 Radiant SYSTEMS

- **Clean and Screen** – Clean and Test Components or Total Systems
  Clean, Audit, Test
- **Refurbish** – Returning To Factory Specifications
  Clean, Audit, Test, Paint
- **Product Repair** – Replacing Bad Parts
  Clean, Diagnose, Repair, Test
- **Board Level Repair** – Replacing Bad Components
  Clean, Diagnose, Repair, Test
- **Integration** – Integrate Multiple Manufacturer's Equipment Solutions
  Hardware, Operating Systems, Drivers, Software
- **Staging** – Prepare POS Systems for Installations
  Source, Assemble, Setup, Install, Test, Disassemble, Pack, Ship
- **Design Total POS Solutions**
  Define Requirements, Design Solutions, Order, Implement



Seagate

PSCQS6000 Plus

### Types of Supported POS Equipment:

- Central Servers
- Store Servers
- Base Units
- Keyboards
- Operator Displays
- Touch-screen Displays
- Customer Displays
- Information Displays (Big Displays)
- Handheld Scanners
- Scanner Scales

- Cash Drawers
- Check Readers
- Credit Card Terminals
- Credit Card Readers
- Receipt Printers
- Label Printers
- Tablets
- Routers
- Switches
- Routers

symbol

COMPAQ

TELX|||N

CHERRY

brother.

Axiohm


American Dynamic Intellex


Final QC Before Packing

## We Repair, Sell, Exchange and Buy

Home   Services   Products   About Us   Contact Us   ALL MFGS

Copyright © 2017. Washburn Group.



☎ 877-687-9030

CLICK HERE TO GET A QUOTE

HOME  SERVICES  PRODUCTS  ABOUT US  CONTACT US  ALL MFGS  MFGS

🔍 Part Number

# Introducing An Idea That Makes Obsolescence Obsolete.

## Don't Plan To Get Rid It Of Your POS Equipment; Plan To Keep It As Long As Possible.

### Don't Get Distracted By Shiny New Objects.

Your user saw it at a trade show and now they really need it. You can't just say no because that's what you always say to new equipment. You have to listen very carefully to what they really need. There are always a lot of new features that sound compelling and necessary, but you have to ask if it can be accomplished with the equipment already installed. Many times it's just a new peripheral that comes with a new machine. You may have to do a little detective work or get creative, but if you understand point-of-sale equipment and the different interfaces, it just may take a different level of driver or a different cable.

Possibly you can defer another new implementation for a few more years, along with all the other costs associated new systems. In addition to repairing equipment Washburn knows how to integrate many different types of equipment because they understand how it works.

### Are You Bilingual?
### You Need To Speak Both User And Computerese.

Your users may think they know what they need. But, you need to listen and translate that into their actual requirements. Your job is to figure out what they are trying to accomplish and for what reason. Then you need to translate that into technology requirements. Once you know your requirements, you have to wade your way through all the claims to figure out what meets your requirements. Since most OEMs and their partners have a stake in the type of equipment you buy, you have to listen to both what is said, and not said. An independent third-party can be very helpful in sorting through all of the different claims. What is important is, asking the right questions to find the equipment that meets the end users requirements. Washburn has actual technical experience with all different types of point-of-sale equipment and no vested interest in any specific type or brand of product.

### Sometimes It's More Than Just Meeting Requirements.
### There May Be One Alternative That Is <u>Not</u> In The Books.

Once you have defined the requirements and found all the equipment that matches those requirements you're not done yet. Sometimes there are completely different alternative solutions that are not in the book. They may come from trial and error or just knowing how the electronics really work. There are only so many different interface standards but they may be hidden behind different types of connectors. Knowing what is under the covers makes it easier to identify these previously unknown in alternatives. Washburn is always under the covers because that is what they do. They get to see and touch all of the different ways manufacturers use some of the common circuits and interfaces. If you go by the book the connection may take five adapters, but if you understand how it works it may take two connectors and a piece of wire. This understanding is important in connecting new peripherals to old systems or new systems to old peripherals. These connections are not in the books; because, they are not in the interest of the manufacturers.


IBM Sure POS300


Posiflex KS 6215


NCR RealPOS 5954


brother.


3M

Panasonic


Radiant SYSTEMS

AGP


datamax-o'neil

Honeywell


IBM


APC
Legendary Reliability

Sun microsystems


datamax-o'neil

Axiohm

● Metrologic


DELL  Wyse



IBM SurePOS 700

Radiant P1500



IBM Sure POS500

NCR P1530

## Just Because You Got The Plugs To Match,
## Doesn't Mean This Equipment Will Talk To Each Other.

It's called integration, getting all this stuff to work together. Since most pieces of equipment have their own processors inside, it takes more than just getting the wires connected correctly. These processors actually have to talk to each other and the talking is controlled by software. The software can be inside some of the components in the form of microcode or it can be included in the actual application. This means, another complete set of software standards that may or may not be followed. Just like the hardware standards, it takes a little bit of trial and error or experimentation to figure it out because it also may not be in the book. It is just the way it is designed and the manufacture has no interest in disclosing it because it is not necessary if you only connect the standard or approved devices. In the process of repairing everything from individual devices to complete systems Washburn needs to understand the operating systems, the device drivers in the interface cards down to the version level of the integrated circuits including the microcode. Different devices usually require different levels of microcode, especially if some of the devices are older. Getting all new equipment is one way to get everything to work together, but it's not the only way.

## What's More Important -
## Understanding Your POS Equipment Interfaces Or
## Keeping Your POS Equipment Up And Running
## And Your End-Users Happy?

Some companies are large enough to have a staff of people that are responsible for understanding the technical details of IT equipment. Some companies have their own repair centers that actually repair their electronic equipment. However, most companies barely have enough people to keep answering the questions from their end-users. Washburn can easily define and find the equipment necessary to meet the end user requirements and then arrange to keep that equipment up and running.

## Types of Supported POS Equipment:

- Central Servers
- Store Servers
- Base Units
- Keyboards
- Operator Displays
- Touch-screen Displays
- Customer Displays
- Information Displays (Big Displays)
- Handheld Scanners
- Scanner Scales
- Cash Drawers
- Check Readers
- Credit Card Terminals
- Credit Card Readers
- Receipt Printers
- Label Printers
- Tablets
- Routers
- Switches
- Access Points

Dell   Wyse
COMPAQ
FUJITSU
DATALOGIC
Spectra-Physics TELECOM
POSIFLEX
TELXON
VeriFone
ViewSonic
NEC
NCR
Gateway.
acer
WelchAllyn

## We Repair, Sell, Exchange and Buy

Home   Services   Products   About Us   Contact Us   ALL MFGS

Copyright © 2017. Washburn Group.



**877-687-9030**

CLICK HERE TO GET A QUOTE

HOME  SERVICES  PRODUCTS  ABOUT US  CONTACT US  ALL MFGS  MFGS

Q Part Number


Receiving Large Orders


Inspecting For Damage


Auditing Receipts


Deliver To Technicians


Repair the Products



## Growing and Changing With the Retail Industry Since 1989.

### It's Been An Exciting Journey To Get Where We Are Today.

### It All Started With A Layoff And A Commitment To The Customer.

Washburn Computer Group began as a broker of point-of-sale peripherals and parts, buying from and selling to dealers, maintenance companies and other point-of-sale brokers. Much like today, Washburn started when a large computer dealer eliminated its POS department. One of the sales representatives, operating out of his home, continued serving his existing POS customers.

### Finally, We Were Big Enough To Move Out Of The House.

In 1991, Washburn was large enough to move to a three-room suite in St. Louis Park, Minnesota. At that point, some of the equipment we purchased didn't work and had to be repaired. The broken equipment started to pileup. It was taking up way too much room.

### If You Have A Lot Of Broken POS Equipment, You Better Fix It.

We saw an opportunity to repair some of the equipment we purchased for resale. When we purchase it, the price was right but it was broken. We could have sold it for parts but it was worth much more to our customers and us if it was working. That launched our repair business. After we fixed our broken equipment, we started to repair equipment for our customers, other brokers, and maintenance companies.

### More People, More Equipment, Three Rooms Was Not Enough Space.

The repair service grew quickly; and, in 1994, we moved into a warehouse in St. Louis Park. We now had 5000 sq. ft. We officially opened our repair center focusing on IBM POS peripherals. We repaired IBM printers, displays, keyboards, cash drawers, scanner/scales, handheld scanners, and the base units or computers that controlled all of the peripherals.

### More Space Meant There Was Room To Hire More Technicians.

As the POS business grew, we hired more technicians and expanded our repair services to other manufacturers: NCR, PSC, and Symbol equipment. We also expanded from just repairing the equipment to actually repairing the circuit boards in the equipment. We were now a board-level repair center.

### More People, More Equipment, We Were Out Of Room Again.

In 1996, we doubled our space to 10,000 sq. ft. for our 20 employees. As the repair of equipment that Washburn understood grew, our customers wanted us to repair some of their equipment we were not that familiar with. Being a yes company, we said, "Sure, we can do that". Once again, our customers drove us into new and exciting areas.

### Not Only Did Our Customers Want Their Equipment To Work, They Wanted To Look Good.

With more room, in addition to repairing equipment, we started completely refurbishing it and making it look like new. We would clean the equipment, make cosmetic repairs, and paint it, if necessary; and, then, test and guarantee the equipment.


ASCEND




Welch Allyn


ViewSonic


Wasp
BARCODE TECHNOLOGIES


Zebra


TELX///N


datamax-o'neil


Spectra-Physics
TELECOM


par


CHERRY


DATALOGIC.


Radiant
SYSTEMS

symbol

DELL


Repairs Completed


Final QC Before Packing


Almost Ready To Go


Ready To Ship


On The Way




MAGELLAN


preh


Gateway.

POSIFLEX

brother.

CHHP


datamax-o'neil

**Honeywell**


NCR


MMF POS


hp

Metrologic

IBM

Intermec

LEXMARK


elo TOUCH SOLUTIONS

ithaca

Easier.

As our customer's needs grew, we expanded our services to include **installation staging**. We would setup and test all of a store's equipment before it was shipped to the installation location. We would even acquire the hardware to meet the customer specifications and set it up to make sure it was working. We would then give our customers remote access to their equipment to load and test the software.

### Since We Were Testing Equipment By Lane, We Could Pack It By Lane?

After everything was setup and tested, we **packed the equipment by lane** and shipped it directly to the store for installation. The whole idea was to **decrease the cost and skill** required to install the equipment. Since each lane was packed in its own box, someone with **relatively little technical skill** could unpack the box and follow the instructions to install, connect and test all the equipment for a lane as a system.

### In Addition To Getting Good At Fixing More POS Equipment, We Were Getting Good At Moving.

In 2006, it was time to move again. We moved to Monticello, Minnesota to **our own building**. We now had 32,000 sq. ft. for our 45 employees and our entire inventory. The building was originally set up for manufacturing so it took a lot of work to get it **all cleaned up for repairing electronics**. After six months of working after hours and long weekends, we were ready to move in. This gave use the room to add more manufacturers like Cisco, Dell and HP.

### When You Have Your Own Building, You Can Design It The Way You Want.

We laid out our new building in the shape of a **horseshoe**. This allowed us to **receive** equipment on one leg of the horseshoe, move it through cleaning to **repair at the back of the horseshoe**. After it was repaired, it was **moved down the other leg of the horseshoe** through **quality inspection, packing**, labeling and finally **shipping**. Our entire inventory was **right in the middle** giving us easy access for both repair and sales. The repair center itself grew from 2500sq. ft. to over 10,000 sq. ft.

### The Smarter You Get, The More High Tech Equipment You Need.

We added **advanced equipment** to our repair center to aid in the repair of **increasingly complex boards**. We acquired an x-ray machine to allow us to troubleshoot and verify good solder connections. We added a **thermal imaging** camera to identify defective component's on the circuit boards. We also added BGA **(Ball Grid Array)** machines so we could repair BGA integrated circuits on the latest circuit boards.

### One Way To Keep All Those Techs Busy, Create A Sales Department.

We reorganized a need and **added a sales department**. We could have different people focus on the specific needs of our customers. One group could find and **supply equipment** while the other group could **focus on repair** and our warehouse staff could support both. At the same time, we started repairing the servers from IBM, HP and Dell. We also added more manufacturers like Radiant.

### We Were Ready To Call On POS End-Users.

In 2008, in addition to repairing for dealers and other brokers, we started working directly with some **end-users**, individual chain stores. Our focus is in **retail, grocery, and the hospitality** industry.

### Customers Want And Need Status At Night And On Weekends.

In 2010, in an effort to give our customers **better access** to the progress of their repair orders, we created a customized customer website. The website allows our customers to **enter** their own repair orders and **track** the status of those orders. Each website is tailored to the customers needs making it as easy to use as possible for their employees.

### All That Customer Data On Old Hard Drives Became A Problem.

We also added a **hard drive shredder** to meet the security needs of our customers by destroying the hard drives from computers and copiers to HIPPA, FACTA and DOD recommendations. After shredding, there is no way retrieve the information. The shredder destroys other electronic equipment that contains **sensitive customer information** such as magnetic stripe (credit card) readers. Yes, all those **magnetic card readers** can contain all sorts of customer information.

### Customers Don't Want Just Parts They Need A Total Solution.

In 2010, we started to **provide total solutions** to our customers. As customers were expanding or replacing their installed equipment, they needed additional help. Instead of just installing complete systems, they started **adding different types of peripherals** to their current base units. They were also installing new base units and wanted to keep and **integrate all of their current devices.** They needed help with the integration of the whole system. We were no longer dealing with the individual components of a point-of-sale system. We could **design and integrate a complete system** with different hardware and software, if necessary.

### When You Have A Large Inventory You Need An Inventory Control System.

In 2011, we implemented a new **inventory control system** called Fishbowl to track our orders and inventory. We also formed a team to study our internal business processes looking for ways to improve and streamline our work as we implemented the new system.

### Sometimes You Have To Make Your Own Repair Parts.

In addition to making the repairs, we are looking for ways to **improve on our repairs.** We work with local manufactures to **make replacement parts** that will last longer or perform better. We also started sourcing replacement thermal print heads for IBM, NCR, and Epson receipt printers. Our **refurbished** printers are now as good as new or better.

### One Way To Figure Out What The Customer Wants Is To Ask.

We continue to focus on **what our customers really need** by focusing on what we can do as a centralized repair facility to **reduce their costs and improve the uptime** of their point-of-sale operations. As an example, we are working with a shipping company that already makes daily deliveries to one of our customers. We are trying to figure out a way to include our point-of-sale equipment shipments in those daily deliveries, **eliminating the need of separate shipments.** That will both reduce costs and the hassle of coordinating shipping, if it is in the container it will go.

Thanks for taking the time to consider us,

Allen Wentland
Owner

### We Repair, Sell, Exchange and Buy

Copyright © 2017, Washburn Group



# Browse

Home › Browse All

- IBM
- NCR
- Epson
- Zebra
- Dell
- HP
- Lenovo
- Symbol
- Lexmark
- Compaq
- Intermec
- Honeywell
- Fujitsu
- TallyGenicom
- Toshiba
- Intel
- SATO
- Datamax-ONeil
- Generic
- Printronix
- PSC
- Cherry
- Elo Touch Solutions
- Genicom
- DEC
- Seagate
- Posiflex
- Motorola
- MICROS
- Xerox
- Datalogic
- AMT Datasouth
- CognitiveTPG
- Citizen
- Kodak
- Verifone
- Sun
- Panasonic
- Canon
- Printek
- Cisco
- Magellan
- MMF POS
- Texas Instruments
- Axis
- Hitachi
- Acer
- Kingston
- Sony
- MEI
- Metrologic Instruments
- Monarch
- POS-X
- Cash Bases
- WD
- Cables To Go
- Gateway
- AXIOHM
- CITOH
- NEC
- 3COM
- Radiant Systems
- Hynix
- 3RD PARTY
- Handheld
- Apple
- APC
- Decision Data
- Output Technology
- CHECKMATE
- ICL
- Ingenico
- Brother
- PAR
- Sharp
- Tally
- Digipos
- Ithaca
- AMD
- Wyse

- Brother
- PAR
- Sharp
- Tally
- Digipos
- Ithaca
- AMD
- Wyse
- Asus
- Maxtor
- Telxon
- Dataproducts
- APG Cash Drawer
- Hypercom
- Quantum
- USRobotics
- Belkin
- Infineon
- Philips
- ViewSonic
- IER
- Digi
- Memorex
- ZF Electronics
- SPI
- AT&T
- Wincor Nixdorf
- Delta Electronics
- TEAC
- ATI
- SMC
- Acbel
- Delta
- GigaTech
- NETGEAR
- Logic Controls
- ADAPTEC
- MagTek
- Partner Tech
- Fargo
- LG Electronics
- Star Micronics
- M-S Cash Drawer
- DLINK
- Eltron
- Siemens
- Linksys
- Samsung
- Diebold
- Lite-On
- Microsoft
- Compuprint
- Seiko
- Foxconn
- Datasouth
- LXE
- Planar
- Astec
- EMC
- Tiger Power
- Creative
- Molex
- Avant
- Crucial
- SANYO
- Elpida
- HIPRO TECH
- Indiana Cash Drawer
- Mitsubishi
- EDGE
- Nortel
- TPG
- Avocent
- DATARAM
- ITE
- Spectra-Physics
- 2-POWER
- AVAYA
- Eaton
- eMachines
- GlobTek
- Welch Allyn
- Check Point
- Raidtec
- AVC
- BOCA
- Brady
- Clone
- Digital Check
- Other
- Torisan
- ADDA
- FSP Group
- Key Tronic
- Lead Year

- Digital Check
- Other
- Torisan
- ADDA
- FSP Group
- Key Tronic
- Lead Year
- Netopia
- PrehKeyTec
- SanDisk
- Craden Peripherals
- Logitech
- Westell
- PioneerPOS
- Tatung
- Elpac
- Iomega
- Squirrel Systems
- Test
- Unimark
- Wasp Barcode Technologie
- Chi Mei Optoelectronics
- Efficient Networks
- Hyundai
- Microtek
- Pertech
- Standard Register
- AMP
- ARTESYN
- HannStar
- ID TECH
- OKI Data
- Unitech
- ARGO
- Bixolon
- Black Box Corporation
- LSI Logic
- Minebea
- Opticon
- Pitney Bowes
- UTC RETAIL
- Alcatel
- Astrodyne
- CHUNGHWA
- Controlled Power Company
- Gigabyte
- Mettler Toledo
- MicroTouch
- TDK
- ADTRAN
- Apex
- IEE
- Jaton
- LSI
- MicroVision
- Middle Atlantic Products
- VIA Technologies
- Aironet
- Antec
- Artisoft
- AST
- BEST
- Cabletron Systems
- Cogent Real-Time Systems
- Data Robotics
- Heritage
- HGST
- HiTek Power
- Intersil
- Kristel
- Kronos

- Standard Register
- AMP
- ARTESYN
- HannStar
- ID TECH
- OKI Data
- Unitech
- ARGO
- Bixolon
- Black Box Corporation
- LSI Logic
- Minebea
- Opticon
- Pitney Bowes
- UTC RETAIL
- Alcatel
- Astrodyne
- CHUNGHWA
- Controlled Power Company
- Gigabyte
- Mettler Toledo
- MicroTouch
- TDK
- ADTRAN
- Apex
- IEE
- Jaton
- LSI
- MicroVision
- Middle Atlantic Products
- VIA Technologies
- Aironet
- Antec
- Artisoft
- AST
- BEST
- Cabletron Systems
- Cogent Real-Time Systems
- Data Robotics
- Heritage
- HGST
- HiTek Power
- Intersil
- Kristel
- Kronos
- NetXtreme
- Olivetti
- Peerless-AV
- Sencore
- TOA Electronics
- Verint
- Addmaster
- AIRLINK
- AMG
- Anixter
- Anoma
- APT
- APX
- Belden
- Biometric Access Company
- Cables Unlimited
- Caltronics
- Chemtron
- Cincon
- Comair Rotron
- CTS Electronics
- CyberData
- E-Seek
- Evercool Thermal
- Fairchild
- Flytech
- Futaba
- GoldenRAM
- GoldStar
- HannsG
- Hubbell
- International Cash Drawe
- International Rectifier
- Jerome
- JST
- Key Source International
- Laird Technologies
- Littlefuse
- Magnetek
- Shear Tech
- Spectrum
- Tysso
- UnyPOS
- Zenis

Copyright © 2013. Washburn Group.



