# EXHIBIT D

FD-1036 (Rev. 10-16-2009)

UNCLASSIFIED



# FEDERAL BUREAU OF INVESTIGATION
## Import Form

**Form Type:** EMAIL                                      **Date:**   05/10/2017

**Title:** (U) Washburn Loss Estimate Email

**Approved By:** SSA Michael J. Krause

**Drafted By:** Brian W. Behm

**Case ID #:** 288A-MP-6766321        (U) JOHN GAMMELL;
                                      Victim: Washburn Computer Group;
                                      Computer Intrusion - Criminal

**Synopsis:**   (U) 04/19/2017 email from Washburn Computer Group (WCG)
President Allen Wentland providing a loss estimate to WCG for ongoing
DDoS attacks. Wentland estimated $40,718 in additional expenses were
incurred due to the attacks, and estimated lost revenue between
$10,000 and $20,000.

♦♦

UNCLASSIFIED

## DDos Costs

| | |
|---|---|
| **From:** | Allen Wentland <al@washburnpos.com> |
| **To:** | "Behm, Brian W. (MP) (FBI)" <brian.behm@ic.fbi.gov> |
| **Cc:** | ap-hr@washburnpos.com |
| **Date:** | Wed, 19 Apr 2017 15:13:20 -0500 |

Hi Brian,

These are the cost we came up with....is this what you're looking for?

| | Start Date | 7/1/2015 | |
|---|---|---|---|
| | Block DOS | 17,931.00 | |
| | LogicNet | **13,087.00** | |
| | 4P | 7,200.00 | |
| | Washburn personnel | 2,500.00 | Forhad/Karin/Allen |
| | TDS | 0.00 | I don't think they charged additional to make the DNS changes |
| Hard Costs | | 40,718.00 | |
| | Google Indexing reduction | | 65000 indexed pages down to 10,000 pages indexed |
| Lost Revenue (Guestimate) | | $10-20k | keeping in mind it was only down for short periods |

Thank you for your help
Allen

00001305