UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 17-cr-00134 (WMW-DTS) |
| ) | |
| Plaintiff, ) | **PROPOSED ORDER TO CONTINUE** |
| ) | **THE MOTIONS RESPONSE FILING** |
| v. ) | **DATE AND MOTIONS HEARING** |
| ) | **AND TO EXCLUDE TIME UNDER** |
| John Kelsey Gammell, ) | **THE SPEEDY TRIAL ACT** |
| ) | |
| Defendant. ) | |
| ) | |

The above matter came before the undersigned upon Defendant's Motion to Continue the Motions Response Filing Date and Motions Hearing and to Exclude Time under the Speedy Trial Act [Docket ___]. There is no objection to the motion.

This order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A). The Court specifically makes the finding that such continuance best serves the ends of justice and that such ends outweigh the interests of the public and the defendants in a speedy trial. The Court further finds that the government and defense counsel are justified in needing the additional time for purposes of working towards resolving certain issues relating to this matter under 18 U.S.C. § 3161(h)(7)(B)(iv). Having made these findings, the Court excludes from speedy trial considerations the time granted for the continuance in this proceeding.

The Court, being duly advised upon all of the premises, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Defendant's Motion Defendant's Motion to Continue the Motions Response Filing Date and Motions Hearing and to Exclude Time Under the Speedy Trial Act is granted.

2. The filing deadline for all responses to motions currently scheduled for September 1, 2017, is hereby continued to September 22, 2017. The motion hearing date currently scheduled for September 14, 2017, shall now be set on October 30, 2017, at 10:00 a.m.

Dated: _____

_____
The Honorable David T. Schultz
United States Magistrate Judge

EAST\146076042.1