UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>John Kelsey Gammell,<br><br>　　　　　Defendant. | Case No. 17-cr-00134 (WMW-DTS)<br><br>**STATEMENT OF FACTS IN SUPPORT OF EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |

　　　　Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, John Kelsey Gammell, the defendant in this case, agrees to the following statement of facts in support of the motion to continue the motions response filing date and motions hearing and to exclude time under the Speedy Trial Act.  The parties are engaged in ongoing discussions with the government to resolve certain issues relating to this matter.  I am presently detained, complicating communications.  More time is needed to work towards a resolution of these issues.

　　　　Based on the above facts, I request that the period of time from now until October 30, 2017, be excluded from the time in which I would otherwise have to be brought to trial on my case.

　　　　I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act

Dated:  August 30, 2017　　　　　　　　　　　s/John Kelsey Gammell
　　　　　　　　　　　　　　　　　　　　　　　John Kelsey Gammell

2

| | |
|---|---|
| Dated:  August 30, 2017 | By   s/Rachel K. Paulose |
| | Rachel K. Paulose |
| | DLA Piper LLP (US) |
| | Attorney ID No. 0280902 |
| | 80 South Eighth Street, Suite 2800 |
| | Minneapolis, Minnesota  55402-2013 |
| | Telephone:   612.524.3008 |
| | Facsimile:    612.524.3001 |
| | rachel.paulose@dlapiper.com |
| | |
| | ATTORNEY FOR DEFENDANT |

EAST\146076694.1