UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                    CRIMINAL NO. 17-134 (WMW/DTS)

    Plaintiff,

v.                                           <u>ORDER</u>

JOHN KELSEY GAMMELL,

    Defendant.


The above matter came on before the undersigned upon Defendant's unopposed Motion to Continue Motions Response Filing Date [Docket No. 34].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant's unopposed Motion to Continue Motions Response Filing Date [Docket No. 34] is granted.  The parties shall have to and including October 16, 2017 to serve and file any response to filed motions.

Dated:      September 15, 2017

*s/ David T. Schultz*
DAVID T. SCHULTZ
United States Magistrate Judge